

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  BRIAN WHANG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   brian.whang@usdoj.gov
6
   Attorneys for the United States
7

8                    **UNITED STATES DISTRICT COURT**
                             **DISTRICT OF NEVADA**
9                                   -oOo-

10 | UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-0249-PAL
11 |                           | ) |
   | Plaintiff,                | ) |
12 | vs.                       | ) |
   |                           | ) | **GOVERNMENT'S *EX PARTE***
13 | VONCEL TATE,              | ) | **APPLICATION REQUESTING**
   |                           | ) | **SEALING OF THE COMPLAINT**
14 | Defendant.                | ) |

15         COMES NOW the United States of America, by and through Nicholas A. Trutanich,

16 United States Attorney, and Brian Whang, Assistant United States Attorney, and respectfully moves

17 this Honorable Court for an Order sealing the Complaint, together with this Application and the

18 Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court

19 of competent jurisdiction, shall order otherwise.

20         The Government submits that it is necessary for said document to be sealed in light of

21 the fact that it refers to information regarding an on-going investigation. The Government

22

23

24

                                           1

submits that disclosure of the information contained in the Complaint may give the defendant the opportunity to flee or evade capture by law enforcement officers, to destroy valuable evidence in his possession or control and to tamper with witnesses. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 8th day of April, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

BRIAN WHANG
Assistant United States Attorney

2019 APR -8 PM 4: 3'

U.S. MAGISTRATE JU..

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-0249-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| VONCEL TATE, | ) | **ORDER SEALING** |
| Defendant. | ) | |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter, shall be sealed until further order of the Court.

DATED this _8th_ day of April, 2019.

_____
Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

3