RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VONCEL TATE,<br><br>Defendant. | Case No. 2:19-cr-00111-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on May 13, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

/ / /

/ / /

/ / /

The Stipulation is entered into for the following reasons:

1. On March 11, 2020, the World Health Organization officially classified COVID-19 a pandemic.[1] Governor Steve Sisolak declared a State of Emergency in Nevada on March 12, 2020. On March 16, 2020, the CDC recommended that all in-person events consisting of 10 or more people be postponed or cancelled throughout the United States.[2]

2. As of March 24, 2020, Nevada has 278 confirmed COVID-19 cases and 4 deaths.[3] Also, as of March 24, 2020, the new strain of coronavirus which causes COVID-19, has infected over 398,107 people, leading to at least 17,454 deaths worldwide.[4]

3. In light of this pandemic, the growing number of infected individuals in the State of Nevada and worldwide, and the CDC's recommendations, counsel request a continuance of the sentencing hearing.

4. Additionally, defense counsel needs additional time to meet with her client to discuss the Presentence Investigation Report once it is available and to prepare for sentencing. Furthermore, defense counsel needs time to gather mitigation information which is relevant to the sentencing disposition of this case.

5. The defendant is incarcerated and does not object to the continuance.

6. The parties agree to the continuance.

---

[1] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (Mar. 11, 2020) at https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[2] Center for Disease Control: COVID-19 https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/ (last visited Mar. 24, 2020).

[3] https://www.reviewjournal.com/news/politics-and-government/nevada/number-of-covid-19-cases-in-nevada-climbs-to-278-1989723/; https://nvhealthresponse.nv.gov/ (last visited Mar. 24, 2020).

[4] *Coronavirus Resource Center*, John Hopkins University (last visited Mar. 24, 2020), https://coronavirus.jhu.edu/map.html.

This is the first stipulation to continue filed herein.

DATED this 24th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| VONCEL TATE, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, May 13, 2020 at 10:00 a.m., be vacated and continued to July 8, 2020 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 25th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE