RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| VONCEL TATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on October 7, 2020 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

/ / /

/ / /

/ / /

The Stipulation is entered into for the following reasons:

1. On March 11, 2020, the World Health Organization officially classified COVID-19 a pandemic.[1] Governor Steve Sisolak declared a State of Emergency in Nevada on March 12, 2020. On March 16, 2020, the CDC recommended that all in-person events consisting of 10 or more people be postponed or cancelled throughout the United States.[2]

2. As of September 17, 2020, Nevada has 74,595 confirmed COVID-19 cases and 1,506 deaths.[3] Also, as of September 17, 2020, the new strain of coronavirus which causes COVID-19, has infected over 29 million people, leading to at least 944,887 deaths worldwide.[4]

3. In light of this pandemic, the growing number of infected individuals in the State of Nevada and worldwide, and the CDC's recommendations, counsel request a continuance of the sentencing hearing.

4. Additionally, the defense requests additional time to prepare for sentencing and to gather mitigation information which is relevant to the sentencing disposition of this case.

5. The defendant is incarcerated and does not object to the continuance.

6. The parties agree to the continuance.

---

[1] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (Mar. 11, 2020) at https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[2] Center for Disease Control: COVID-19 https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/ (last visited Mar. 24, 2020).

[3] https://nvhealthresponse.nv.gov/ (last visited September 17, 2020).

[4] *Coronavirus Resource Center*, John Hopkins University (last visited September 17, 2020), https://coronavirus.jhu.edu/map.html.

This is the third stipulation to continue filed herein.

DATED this 21st day of September 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VONCEL TATE,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00111-APG-NJK<br><br>**ORDER** |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, October 7, 2020 at 10:30 a.m., be vacated and continued to  December 16, 2020  at the hour of  1:00   p .m. in Courtroom 6C

　　　DATED this  21st  day of September 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE