RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| VONCEL TATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on December 16, 2020 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

/ / /

/ / /

/ / /

The Stipulation is entered into for the following reasons:

1.      On March 11, 2020, the World Health Organization officially classified COVID-19 a pandemic.[1]  Governor Steve Sisolak declared a State of Emergency in Nevada on March 12, 2020.   On March 16, 2020, the CDC recommended that all in-person events consisting of 10 or more people be postponed or cancelled throughout the United States.[2]

2.      As of December 3, 2020, Nevada has 159,532 confirmed COVID-19 cases and 2,249 deaths.[3]  Also, as of December 3, 2020, the new strain of coronavirus which causes COVID-19, has infected over 65million people, leading to at least 1.5 million deaths worldwide.[4]

3.      In light of this pandemic, the growing number of infected individuals in the State of Nevada and worldwide, and the CDC's recommendations, counsel request a continuance of the sentencing hearing.

4.      Additionally, the defense requests additional time to prepare for sentencing and to gather mitigation information which is relevant to the sentencing disposition of this case.

5.      The defendant is incarcerated and does not object to the continuance.

6.      The parties agree to the continuance.

---

[1] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (Mar. 11, 2020) at https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[2] Center for Disease Control: COVID-19 https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/ (last visited Mar. 24, 2020).

[3] https://nvhealthresponse.nv.gov/ (last visited December 3, 2020).

[4] *Coronavirus Resource Center*, John Hopkins University (last visited December 3, 2020), https://coronavirus.jhu.edu/map.html.

This is the fourth stipulation to continue filed herein.

DATED this 3rd day of December 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

*/s/ Brian Y. Whang*
By_____
BRIAN Y. WHANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| VONCEL TATE, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, December 16, 2020 at 1:00 p.m., be vacated and continued to March 17, 2021 at the hour of 1:00 p.m. in courtroom 6C.

DATED this  3rd  day of December 2020.

_____

UNITED STATES DISTRICT JUDGE

4