RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Sixth Request) |
| VONCEL TATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on June 16, 2021 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Due to the ongoing global pandemic, a continuance is requested to allow Mr. Tate to appear in person for the sentencing hearing and for him to take proper safety precautions prior to his transportation to court. Additionally, the defense requests more time to obtain mitigating information in preparation for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the sixth stipulation to continue filed herein.

DATED this 2nd day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| VONCEL TATE, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THERFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, June 16, 2021 at 2:00 p.m., be vacated and continued to September 22, 2021 at the hour of 2:00 p.m. in courtroom 6C.

DATED this 2nd day of June 2021.

_____
UNITED STATES DISTRICT JUDGE