# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>VONCEL TATE,<br><br>      Defendant. | Case No. 2:19-cr-00111-APG-NJK<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THERFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, September 22, 2021 at 2:00 p.m., be vacated and continued to October 6, 2021, at 2:30 p.m. in LV Courtroom 6C.

DATED this <u>19th</u> day of August 2021.

                                                     UNITED STATES DISTRICT JUDGE