RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Eighth Request) |
| VONCEL TATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on October 6, 2021 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. The defense requests more time to resolve a pending matter involving Mr. Tate prior to resolution of this case as well as to prepare for the sentencing hearing.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the eighth stipulation to continue filed herein.

DATED this 24th day of September 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VONCEL TATE,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00111-APG-NJK<br><br>**<u>ORDER</u>** |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

　　　IT IS THERFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, October 6, 2021 at 2:30 p.m., be vacated and continued to <u>Wednesday, January 19, 2022</u>, at the hour of <u>1:30 p</u>.m.

　　　DATED this <u>24th</u> day of September 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE