RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Ninth Request) |
| VONCEL TATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on January 19, 2022 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Mr. Tate wants to appear in person for his sentencing hearing. However, given the recent increase in COVID-19 test positivity rate in the State of Nevada, which is currently

21.1 percent[1], the parties seek a continuance to prevent the spread of the virus and to allow for proper safety precautions.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the ninth stipulation to continue filed herein.

DATED this 7th day of January 2022.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
|---|---|
| Federal Public Defender | Acting United States Attorney |
| /s/ Nisha Brooks-Whittington | /s/ Brian Y. Whang |
| By_____ | By_____ |
| NISHA BROOKS-WHITTINGTON | BRIAN Y. WHANG |
| Assistant Federal Public Defender | Assistant United States Attorney |

---

[1] https://nvhealthresponse.nv.gov/ (last accessed January 7, 2022).

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VONCEL TATE,<br><br>    Defendant. | Case No. 2:19-cr-00111-APG-NJK<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THERFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, January 19, 2022 at 1:30 p.m., be vacated and continued to  March 23, 2022  at the hour of  10:30   a .m. in Courtroom 6C.

DATED this 10th day of January 2022.

_____
UNITED STATES DISTRICT JUDGE