RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Voncel Tate

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VONCEL TATE,<br><br>　　　　Defendant. | Case No. 2:19-cr-00111-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Tenth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Voncel Tate, that the Sentencing Hearing currently scheduled on March 23, 2022 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

The Stipulation is entered into for the following reasons:

1.　　Mr. Tate has a dental appointment scheduled the same day as his sentencing hearing. Mr. Tate has been in pain for over one year and wants to receive dental treatment prior to sentencing. A short continuance is requested to avoid rescheduling Mr. Tate's dental appointment.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the tenth stipulation to continue filed herein.

DATED this 15th day of March 2022.

RENE L. VALLADARES                              CHRISTOPHER CHIOU
Federal Public Defender                          Acting United States Attorney


   */s/ Nisha Brooks-Whittington*                      */s/ Brian Y. Whang*
By_____            By_____
NISHA BROOKS-WHITTINGTON                         BRIAN Y. WHANG
Assistant Federal Public Defender                Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00111-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| VONCEL TATE, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THERFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, March 23, 2022 at 10:30 a.m., be vacated and continued to April 18, 2022 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 16th day of March 2022.

_____

UNITED STATES DISTRICT JUDGE

3