UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VONCEL TATE,<br><br>　　　　Defendant. | Case No. 2:19-CR-00111-APG-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Motion to Withdraw Defendant's Objections to the Presentence Investigation Report (ECF No. 54) is granted.

　　DATED this 19th day of April, 2022.

                                                              _____
                                                              UNITED STATES DISTRCT JUDGE

3