**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>VONCEL TATE,<br><br>　　Defendant | Case No.: 2:19-cr-00111-APG-NJK<br><br>**Order Denying Motion for Sentencing Transcripts**<br><br>[ECF No. 61] |

　　Defendant Voncel Tate filed a pro se motion for sentencing transcripts. ECF No. 61. However, Tate is represented by counsel. Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Additionally, Tate has not explained the need for sentencing transcripts two years after his sentencing.

　　I THEREFORE ORDER that defendant Voncel Tate's motion for sentencing transcripts **(ECF No. 61) is DENIED**.

　　DATED this 22nd day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE